1   Jonathan S. Shenson (Cal. Bar No. 184250)
     *jshenson@ktbslaw.com*
2   Matthew C. Heyn (Cal. Bar No. 227474)
     *mheyn@ktbslaw.com*
3   KLEE, TUCHIN, BOGDANOFF & STERN LLP
4   1999 Avenue of the Stars, Thirty-Ninth Floor
5   Los Angeles, California 90067
    Telephone:  310-407-4000
6   Facsimile:   310-407-9090
7
8   Attorneys for Plaintiffs

9            **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12   MHF ZWEITE ACADEMY FILM GMBH &      Case No.  **CV12-02381** JFW (JCx)
     CO. KG, a German limited partnership, and
13   MHF ERSTE ACADEMY FILM GMBH &
     CO. PRODUKTIONS KG, a German limited      **COMPLAINT FOR COPYRIGHT**
14   partnership,                              **INFRINGEMENT, UNJUST**
                                               **ENRICHMENT, AND BREACH OF**
15            Plaintiffs,                      **CONTRACT**

16        v.                                   **REQUEST FOR JURY TRIAL**

17

18   WARNER BROS. ENTERTAINMENT INC.,
     a Delaware corporation, WB STUDIO
19   ENTERPRISES INC., a California
     corporation, WARNER BROS. INC., a
20   Delaware corporation, WARNER BROS.
     INTERNATIONAL TELEVISION
21   DISTRIBUTION INC., a Delaware
     corporation, WARNER BROS. TELEVISION
22   DISTRIBUTION, INC., a Delaware
     corporation, WARNER HOME VIDEO INC.,
23   a Delaware corporation, NEW LINE
     PRODUCTIONS, INC., a California
24   corporation, NEW LINE CINEMA LLC, a
     Delaware limited liability company, NEW
25   LINE DISTRIBUTION, INC., a California
     corporation, and DOES 1-10,
26
27            Defendants.
28

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

Plaintiffs MHF Zweite Academy Film GmbH & Co. KG and MHF Erste Academy Film GmbH & Co. Produktions KG (collectively, "MHF"), for their complaint against the above-captioned defendants (collectively, the "Defendants") allege as follows:

## OVERVIEW

1.    This is a complaint seeking damages under the copyright laws of the United States, 17 U.S.C. §§ 101 *et seq.*, for willful copyright infringement by the Defendants and unjust enrichment.

2.    MHF produced and owns the copyrights to the following motion pictures (collectively, the "Films", and each, a "Film"):  (i) "The Whole Ten Yards"; (ii) "Laws of Attraction"; (iii) "Till Death Do Us Part" also known as "The In Laws"; (iv) "Ballistic:  Ecks vs. Sever"; and (v) "The Wendell Baker Story."

3.    As detailed below, the Defendants or several of them distributed and exploited the Films and/or facilitated the distribution and exploitation thereof without permission or license from MHF and/or without appropriately compensating MHF and, thus, have infringed and continue to infringe upon MHF's copyrights and has been unjustly enriched.

4.    In 2001 and 2002, MHF, on the one hand, and Franchise Pictures, LLC and certain of its wholly-owned and/or controlled special purpose entities (the "Franchise SPEs"), on the other hand, entered into the Distribution Agreements (as defined below).  Pursuant to the Distribution Agreements MHF granted to the Franchise SPEs certain distribution rights in the Films.  In consideration thereof, MHF was entitled to receive a "minimum guaranty" and certain earmarked "gross receipts" from the exploitation of the Films (the "Exploitation Receipts"), including without limitation, half of the so-called "Payment Corridor" for each of the Films, an amount equal to 10% of the Domestic Gross Receipts remaining after payment of a 15% distribution fee (the "MHF Corridor").

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

5.       Franchise Pictures LLC and the Franchise SPEs, in turn, entered into sub-distribution agreements with certain of the Defendants (or their predecessor entities) to distribute and otherwise exploit the Films, which contractually agreed to remit any Exploitation Receipts directly to MHF (the "WB Agreements").

6.       Then, on August 18, 2004, August 23, 2004, March 11, 2005, November 21, 2005, and December 1, 2005, Franchise Pictures LLC and many of its affiliated entities, including certain of the Franchise SPEs (the "Franchise Debtors"), filed for chapter 11 bankruptcy (the "Franchise Cases").  During the cases, David Bergstein (together with entities operated and/or controlled by him, "Bergstein"), through acquisition vehicles (the "Bergstein Buyers"), acquired certain of the Franchise Debtors' rights, title and interests in and to certain films and film-related assets of Franchise and its affiliates through two bankruptcy court-approved sale transactions (the "Bergstein Sale").  The Bergstein Sale (and other transactions involving Bergstein and Franchise) included purported transfers of the Franchise Debtors' and Franchise SPEs' rights, title and interest in and to each of the Films, without the consent of MHF.

7.       Notwithstanding the transfer of the right, title and interest in and to each of the Films, as detailed below, the Distribution Agreements relating to "Ballistic:  Ecks vs. Sever", "The In Laws" and "The Whole Ten Yards" were "rejected" by the Franchise Debtors under section 365 of title 11 of the United States Code (the "Bankruptcy Code").  Rejection under the Bankruptcy Code retroactively terminated any rights Franchise had to distribute or otherwise exploit the Films as of August 18, 2004 and, because the Defendants rights to distribute and otherwise exploit the Films are derivative of Franchise's rights, none of the Defendants have or had any such rights as of August 18, 2004.  Nevertheless, the Defendants have distributed and continue to distribute and otherwise exploit the Films and/or facilitate the distribution and exploitation thereof (without any compensation to MHF) under color of the "rejected" Distribution Agreements

COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND BREACH OF CONTRACT

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1  and/or distribution agreements for which assignments were not properly made.
2  Such distribution constitutes infringement of MHF's copyrights for which MHF
3  seeks damages.

4         8.     Also, with respect to the all of the Films, despite being required to
5  remit directly to MHF the MHF Corridor or any other payments in exchange for
6  exploiting these Films, the Defendants failed to pay MHF the amount due and
7  owing.

8         9.     MHF made a *limited* assignment of its rights to the MHF Corridor for
9  each of the Films other than for "The Wendell Baker Story" to Bergstein as follows:
10  for "Ballistic:  Ecks vs. Sever" and "The In Laws" MHF assigned its rights to the
11  MHF Corridor payments through the end of calendar year 2007; for "The Whole
12  Ten Yards" and "Laws of Attraction" MHF assigned its rights to the MHF Corridor
13  payments through the end of calendar year 2009 (as applicable, the "Assignment
14  Termination Dates").  MHF has not received any "gross receipts" on account of the
15  MHF Corridor after the Assignment Termination Dates.  By this complaint MHF
16  seeks the required payments of the MHF Corridor.

17                      **JURISDICTION AND VENUE**

18        10.    This Court has exclusive jurisdiction over this action under 28 U.S.C.
19  §§ 1331 and 1338 in that this action involves causes of action arising under the
20  United States Copyright Laws.  This Court has supplemental jurisdiction over any
21  causes of action arising under state law or contract law pursuant to 28 U.S.C.
22  § 1367.

23        11.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400
24  in that each of the defendants transacts business in Los Angeles County, California.

25                                        **PARTIES**

26        12.    Plaintiff MHF Zweite Academy Film GmbH & Co. KG ("Zweite
27  Academy") is a Kommanditgesellshaft, a form of limited partnership existing under
28  the laws of Germany.  Zweite Academy is engaged in the production, acquisition

3

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

and distribution of motion pictures for theatrical exhibition and home entertainment and other forms of distribution.  Zweite Academy's principal place of business in Munich, Germany, though it produces films for distribution throughout the world.

13.     Plaintiff MHF Erste Academy Film GmbH & Co. Produktions KG ("Erste Academy") is also a Kommanditgesellshaft, a form of limited partnership existing under the laws of Germany.  Erste Academy is also engaged in the production, acquisition and distribution of motion pictures for theatrical exhibition and home entertainment and other forms of distribution.  Erste Academy's principal place of business is Munich, Germany, though it also produces films for distribution throughout the world.

14.     On information and belief, MHF alleges that Defendant Warner Bros. Entertainment Inc. is a Delaware corporation with its principal place of business in Burbank, California.

15.     On information and belief, MHF alleges that Defendant WB Studio Enterprises Inc. is a California corporation with its principal place of business in Burbank, California.

16.     On information and belief, MHF alleges that Defendant Warner Bros. Inc. is a Delaware corporation with its principal place of business in Burbank, California.

17.     On information and belief, MHF alleges that Defendant Warner Bros. International Television Distribution Inc. is a Delaware corporation with its principal place of business in Burbank, California.

18.     On information and belief, MHF alleges that Defendant Warner Bros. Television Distribution, Inc. is a Delaware corporation with its principal place of business in Burbank, California.

19.     On information and belief, MHF alleges that Defendant Warner Home Video Inc. is a Delaware corporation with its principal place of business in Burbank, California.

20.    On information and belief, MHF alleges that Defendant New Line Productions, Inc. is a California corporation with its principal place of business in Burbank, California.

21.    On information and belief, MHF alleges that Defendant New Line Cinema LLC is a Delaware limited liability company with its principal place of business in Burbank, California.

22.    On information and belief, MHF alleges that Defendant New Line Distribution, Inc. is a California corporation with its principal place of business in Burbank, California.

23.    Defendant Does 1-10 are business entity affiliates of Defendant Warner Bros. Entertainment Inc. that also infringed MHF's copyrights in the Films.   The names of Does 1-10 are not known to MHF at this time.   MHF will amend this Complaint to insert their names after they have had the opportunity to take discovery of the other defendants.

## THE PROTECTED WORKS

24.    "The Whole Ten Yards" is a comedy motion picture starring Bruce Willis, Matthew Perry, Amanda Peet, and Kevin Pollak, which cost over $40 million to produce.  Zweite Academy is the producer of "The Whole Ten Yards" and owns the copyright to it.  "The Whole Ten Yards" is registered with the U.S. Copyright Office, registration no. PA 1-242-530.  Attached hereto as Exhibit "1" is a true and correct copy of said registration, which reflects that Zweite Academy is the sole author and copyright claimant for "The Whole Ten Yards."

25.    "Laws of Attraction" is a romantic comedy motion picture starring Pierce Brosnan and Julianne Moore, which cost over $32 million to produce. Zweite Academy is the producer of "Laws of Attraction" and owns the copyright to it.  "Laws of Attraction" is registered with the U.S. Copyright Office, registration no. PA 1-255-628.  Attached hereto as Exhibit "2" is a true and correct copy of said

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1 registration, which reflects that Zweite Academy is the sole author and copyright
2 claimant for "Laws of Attraction."

3     26.   "The In Laws" (a/k/a "Til Death Do Us Part") is a romantic comedy
4 motion picture starring Michael Douglas and Albert Brooks, which cost over $40
5 million to produce. Erste Academy is the producer of "The In Laws" and owns the
6 copyright to it. "The In Laws" is registered with the U.S. Copyright Office,
7 registration no. PA 1-148-567. Attached hereto as Exhibit "3" is a true and correct
8 copy of said registration, which reflects that Erste Academy is the sole author and
9 copyright claimant for "The In Laws."

10     27.   "Ballistic: Ecks vs. Sever" is an action motion picture starring Antonio
11 Banderas and Lucy Liu, which cost over $70 million to produce. Erste Academy is
12 the producer of "Ballistic: Ecks vs. Sever" and owns the copyright to it. "Ballistic:
13 Ecks vs. Sever" is registered with the U.S. Copyright Office, registration no. PA 1-
14 060-732. Attached hereto as Exhibit "4" is a true and correct copy of said
15 registration, which reflects that Erste Academy is the sole author and copyright
16 claimant for "Ballistic: Ecks vs. Sever."

17     28.   "The Wendell Baker Story" is a dramatic motion picture starring Luke
18 Wilson and Eva Mendes, which cost over $8 million to produce. Zweite Academy
19 is the producer of "The Wendell Baker Story" and owns the copyright to it. "The
20 Wendell Baker Story" is registered with the U.S. Copyright Office, registration no.
21 PA 1-385-606. Attached hereto as Exhibit "5" is a true and correct copy of said
22 registration, which reflects that, by virtue of a copyright assignment, Zweite
23 Academy is the sole copyright claimant for "Laws of Attraction."

24     **PLAINTIFFS' EXCLUSIVE LICENSE OF THE FILMS**

25     29.   Pursuant to that certain Motion Picture Distribution Agreement dated as
26 of October 11, 2001 (as amended, the "Ballistic Distribution Agreement"), Erste
27 Academy granted to Sever Productions, Inc. (one of the Franchise SPEs) a license to
28 "distribute, sub-distribute, exhibit, license, market, broadcast, advertise, publicize

6

and otherwise exploit" "Ballistic: Ecks v. Sever" for a term of 16 years, in a defined territory, "[u]pon and subject to the terms and conditions set forth in [the Ballistic Distribution] Agreement."

30.     Under the Ballistic Distribution Agreement, Sever Productions, Inc. was required to pay a "minimum guaranty" amount as well as amounts set forth on the Recoupment Schedule to the Ballistic Distribution Agreement.  The Recoupment Schedule requires, *inter alia*, that there be a payment of "a corridor" of 10% of remaining Domestic Gross Receipts in the United States and Canada and their possessions and territories, one half to Erste Academy and one half to Sever Productions, Inc. on a pari passu basis.  Sever Productions, Inc. also had non-monetary obligations under the Ballistic Distribution Agreement, including obligations with respect to the way the film was distributed and performed.

31.     Pursuant to that certain Motion Picture Distribution Agreement dated as of November 15, 2001 (as amended, the "In Laws Distribution Agreement"), Erste Academy granted to T.D.P. Distribution, Inc. (one of the Franchise SPEs) a license to "distribute, sub-distribute, exhibit, license, market, broadcast, advertise, publicize and otherwise exploit" "The In Laws" for a term of 16 years, in a defined territory, "[u]pon and subject to the terms and conditions set forth in [the In Laws Distribution] Agreement."

32.     Under the In Laws Distribution Agreement, T.D.P. Distribution, Inc. was required to pay a "minimum guaranty" amount as well as amounts set forth on the Recoupment Schedule to the In Laws Distribution Agreement.  The Recoupment Schedule requires, *inter alia*, that there be a payment of "a corridor" of 10% of remaining Domestic Gross Receipts in the United States and Canada and their possessions and territories, one half to Erste Academy and one half to T.D.P. Distribution, Inc. on a *pari passu* basis.  T.D.P. Distribution, Inc. also had non-monetary obligations under the In Laws Distribution Agreement, including obligations with respect to the way the film was distributed and performed.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

33.   Pursuant to that certain Motion Picture Distribution Agreement dated as of November 18, 2002 (as amended, the "Ten Yards Distribution Agreement"), Zweite Academy granted to Nine Yards Two Distribution, Inc. (one of the Franchise SPEs) a license to "distribute, sub-distribute, exhibit, license, market, broadcast, advertise, publicize and otherwise exploit" "The Whole Ten Yards" for a term of 16 years, in a defined territory, "[u]pon and subject to the terms and conditions set forth in [section 1. (c) of the Ten Yards Distribution Agreement]."

34.   Under the Ten Yards Distribution Agreement, Nine Yards Two Distribution, Inc. was required to pay a "minimum guaranty" amount as well as amounts set forth on the Recoupment Schedule to the Ten Yards Distribution Agreement.   The Recoupment Schedule requires, *inter alia*, that there be a payment of "a corridor" of 10% of remaining Domestic Gross Receipts in the United States and Canada and their possessions and territories, one half to Erste Academy and one half to Nine Yards Two Distribution, Inc. on a pari passu basis.   Nine Yards Two Distribution, Inc. also had non-monetary obligations under the Ten Yards Distribution Agreement, including obligations with respect to the way the film was distributed and performed.

35.   Pursuant to that certain Motion Picture Distribution Agreement dated as of December 23, 2002 (as amended, the "Laws of Attraction Distribution Agreement"), Zweite Academy granted to Lake Distribution, Inc. (one of the Franchise SPEs) a license to "distribute, sub-distribute, exhibit, license, market, broadcast, advertise, publicize and otherwise exploit" "Laws of Attraction" for a term of 16 years, in a defined territory, "[u]pon and subject to the terms and conditions set forth in [section 1. (c) of the Laws of Attraction Distribution Agreement]."

36.   Under the Laws of Attraction Distribution Agreement, Lake Distribution, Inc. was required to pay a "minimum guaranty" amount as well as amounts set forth on the Recoupment Schedule to the Laws of Attraction

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

Distribution Agreement.  The Recoupment Schedule requires, *inter alia*, that there be a payment of "a corridor" of 10% of remaining Domestic Gross Receipts in the United States and Canada and their possessions and territories, one half to Zweite Academy and one half to Lake Distribution, Inc. on a pari passu basis.  Lake Distribution, Inc. also had non-monetary obligations under the Laws of Attraction Distribution Agreement, including obligations with respect to the way the film was distributed and performed.

37.    Pursuant to that certain Motion Picture Distribution Agreement dated as of December 23, 2002 (as amended, the "Wendell Baker Distribution Agreement"), Zweite Academy granted to All Over Distribution, Inc. (one of the Franchise SPEs) a license to "distribute, sub-distribute, exhibit, license, market, broadcast, advertise, publicize and otherwise exploit" "The Wendell Baker Story" for a term of 16 years, in a defined territory, "[u]pon and subject to the terms and conditions set forth in [section 1. (c) of the Wendell Banker Distribution Agreement]."  By merger with All Over Distribution, Inc. (and with the consent of MHF), Wendell Distribution, Inc. succeeded to the rights and obligations under the Wendell Baker Distribution Agreement.

38.    Under the Wendell Baker Distribution Agreement, Wendell Distribution, Inc. was required to pay a "minimum guaranty" amount as well as amounts set forth on the Recoupment Schedule to the Wendell Distribution Agreement.  The Recoupment Schedule requires, *inter alia*, that there be a payment of "a corridor" of 10% of remaining Domestic Gross Receipts in the United States and Canada and their possessions and territories, one half to Erste Academy and one half to Wendell Distribution, Inc. on a pari passu basis.  Wendell Distribution, Inc. also had non-monetary obligations under the Wendell Distribution Agreement, including obligations with respect to the way the film was distributed and performed.

COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND BREACH OF CONTRACT

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

39.     Under each of the Ballistic Distribution Agreement, the In Laws Distribution Agreement, the Ten Yards Distribution Agreement, the Laws of Attraction Distribution Agreement, and the Wendell Baker Distribution Agreement (collectively, the "Distribution Agreements"), the relevant Franchise SPE acted as "Distributor".  As a material term of each of the Distribution Agreements, Franchise Pictures LLC guaranteed the relevant Franchise SPE's obligations under the Distribution Agreement (other than the obligation to pay the "minimum guaranty") and MHF had the right to require Franchise Pictures LLC to fulfill the relevant Franchise SPE's obligations under the agreements.

40.     Thereafter, Franchise entered into various sub-distribution agreements with certain of the Defendants with respect to the Films and other motion pictures defined above as the WB Agreements.

## FRANCHISE BANKRUPTCY

41.     After entering into the Distribution Agreements and the WB Agreements, the Franchise Debtors filed for chapter 11 bankruptcy.  In particular, on August 18, 2004, August 23, 2004, March 11, 2005, November 21, 2005, and December 1, 2005, the Franchise Debtors filed petitions for relief under chapter 11 of the Bankruptcy Code.

42.     During the cases, Bergstein acquired certain of the Franchise Debtors' rights, title and interests in and to certain films and film-related assets of Franchise and its affiliates through two bankruptcy court-approved sale transactions (referred to and defined above as the Bergstein Sale).

43.     Pursuant to that certain Amended Asset Purchase Agreement entered into as of November 24, 2004 by and between certain of the Franchise Debtors and Mobius International Inc. (the "2004 Purchase Agreement"), the Franchise Debtors purported to sell Mobius International Inc., an entity controlled by Bergstein, all of their rights, title, and interests in "The Wendell Baker Story" and "Laws of Attraction", with Bergstein having purportedly previously acquired certain rights of

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

the Franchise SPE's in these Films in its capacity as a secured creditor.  Thereafter, despite be required to remit the MHF Corridor and any other Exploitation Receipts directly to MHF, the Defendants failed to remit such payments to MHF.[1]

44.    Pursuant to that certain Asset Purchase Agreement dated as of September 1, 2006, among Franchise Pictures LLC and Certain Affiliates, SPE Holding Corp. and Certain Affiliates, FPLAC LLC ("FPLAC"), and Morgan Creek Productions, Inc. (the "2006 Purchase Agreement"), the Franchise Debtors purported to sell to FPLAC, LLC all of their rights, title and interests in "The Whole Ten Yards," "Ballistic: Ecks vs. Sever," and "The In Laws."  Critically, none of the Franchise Debtors (including one or more of the Franchise SPEs) assumed or assumed and assigned any of the Distribution Agreements to the Bergstein Buyers under Bankruptcy Code section 365.

45.    The Franchise Debtors resolved the bankruptcy through the confirmation of a chapter 11 liquidating plan (the "Franchise Plan"), which became effective on March 30, 2010.

46.    With respect to the "The Whole Ten Yards," "Ballistic: Ecks vs. Sever," and "The In Laws", because the subject Distribution Agreements were not assumed or assumed and assigned as part of the Bergstein Sale or otherwise during the Franchise Debtors' bankruptcy cases, the Distribution Agreements for such Films – which under controlling Ninth Circuit law were executory contracts – were effectively "rejected" by the Franchise Debtors on March 31, 2010 (the effective date of the Franchise Plan).   The rejection of such Distribution Agreements terminated any distribution rights (including any exclusive copyright licenses) in

---

[1]   As noted in paragraph 8, MHF made a *limited* assignment of its rights to the MHF Corridor (other than for "The Wendell Baker Story") to entities associated with Bergstein, which assignments terminated on the Assignment Termination Dates.   MHF has not received any "gross receipts" on account of the MHF Corridor after the Assignment Termination Dates.

COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND BREACH OF CONTRACT

favor of Franchise, Bergstein or the Defendants. *See Otto Preminger Films, Ltd. v. Qintex Entm't, Inc. (In re Qintex Entm't, Inc.)*, 950 F.2d 1492, 1496 (9th Cir. 1991). Notwithstanding the termination of any right or license of Defendants to distribute or otherwise exploit the Films, Defendants have distributed and exploited the Films, bringing in millions of dollars to Defendants, without compensation to MHF.

## FIRST CLAIM FOR RELIEF:
## COPYRIGHT INFRINGEMENT

47.    MHF repeats and realleges paragraphs 1 through 46.

48.    The copyrights in the Films are valid and owned by Zweite Academy or Erste Academy as set forth above.

49.    The Films have been duly registered at the United States Copyright office.

50.    The Defendants have infringed Zweite Academy's and Erste Academy's exclusive rights in "Ballistic: Ecks vs. Sever", "The In Laws" and "The Whole Ten Yards" by distributing them, copying them, publicly displaying them and otherwise exploiting them.

51.    The Defendants' infringement of Zweite Academy's and Erste Academy's copyrights has been and continues to be intentional, willful, and with full knowledge of Zweite Academy's and Erste Academy's copyrights.

52.    As a direct and proximate result of Defendants' conduct, MHF is entitled to actual damages and the Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b).

53.    In the alternative, MHF is entitled to the maximum statutory damages pursuant to 17 U.S.C. § 504(c), and such other amounts as may be proper under 17 U.S.C. § 504(c).

54.    MHF is further entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND BREACH OF CONTRACT

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

**SECOND CLAIM FOR RELIEF:**

**UNJUST ENRICHMENT**

55.  MHF repeats and realleges paragraphs 1 through 54.

56.  By virtue of its exploitation of the Films without properly paying MHF, Defendants have been unjustly enriched at the expense of MHF.  Defendants have been unjustly enriched in an amount to be determined at trial and to which MHF is rightfully entitled.

**THIRD CLAIM FOR RELIEF (ALLEGED IN THE ALTERNATIVE):**

**BREACH OF CONTRACT**

57.  MHF repeats and realleges paragraphs 1 through 45 and, in the alternative to paragraphs 47 through 56 alleges as follows:

58.  To the extent Defendants have a valid license to distribute or otherwise exploit the Films, their license requires that Defendants remit a portion of Exploitation Receipts to the MHF.

59.  MHF has fully performed under the terms of the Distribution Agreements except to the extent that its performance was excused under applicable law by the breach and rejection of the Distribution Agreements.

60.  Defendants failure to remit the Exploitation Receipts constitutes, individually and collectively, a material breach of the Distribution Agreements.

61.  MHF has been damaged as a result of the Defendants breaches of the Distribution Agreements.

**PRAYER FOR RELIEF**

WHEREFORE, MHF prays for judgment against Defendants as follows:

1.  An order, pursuant to 17 U.S.C. § 504, awarding MHF actual damages and Defendants' profits resulting from Defendants' unlawful conduct, or maximum statutory damages with respect to each of the Films, plus full costs and attorneys' fees provided for by 17 U.S.C. § 505;

COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND BREACH OF CONTRACT

2.      An order awarding compensatory damages is favor of MHF for all damages sustained as a result of Defendants' wrongdoing, including the amount by which Defendants' were unjustly enriched, in an amount to be proven in trial;

3.      In the alternative to (1) and (2), an order awarding compensatory damages in favor of MHF for all damages sustained as a result of Defendants' breaches of contract, in an amount to be proven at trial;

4.      An order requiring Defendants to pay MHF's costs, expenses and attorneys' fees; and

5.      An order granting MHF such other and further relief as the Court deems just and proper.

DATED: March 20, 2012

By: _____
            Jonathan S. Shenson
            Matthew C. Heyn
Partners of Klee, Tuchin, Bogdanoff & Stern LLP
Attorneys for Plaintiffs

COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND BREACH OF CONTRACT

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

## **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury on all issues triable by jury.

DATED: March 20, 2012

By: _____

Jonathan S. Shenson

Matthew C. Heyn

Partners of Klee, Tuchin, Bogdanoff & Stern LLP

Attorneys for Plaintiffs

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNJUST ENRICHMENT, AND BREACH OF CONTRACT

EXHIBIT 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 1-242-530**



EFFECTIVE DATE OF REGISTRATION
6-21-04
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK▼
THE WHOLE TEN YARDS

PREVIOUS OR ALTERNATIVE TITLES▼

NATURE OF THIS WORK▼ See instructions
MOTION PICTURE

**2** a NAME OF AUTHOR▼
MHF Zwelte Academy Film GmbH & Co. KG

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Germany

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed▼
ENTIRE WORK

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed▼

c NAME OF AUTHOR▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given in all cases
2003 ◀Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ April Day ▶ 9 Year ▶ 2004
USA & Canada ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2▼
MHF Zwelte Academy Film GmbH & Co. KG
Kolosseumstrasse 1
D-80469 Munchen, Germany

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
6-21-04
ONE DEPOSIT RECEIVED  June 18 2004
(5) 35mm/c
TWO DEPOSITS RECEIVED
6-21-04
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.          DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a.☐ This is the first published edition of a work previously registered in unpublished form.
b.☐ This is the first application submitted by this author as copyright claimant.
c.☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼

Based on characters created by Mitchell Kapner. Theatrical motion picture entitled "THE WHOLE NINE YARDS".
Screenplay entitled "THE WHOLE TEN YARDS" by George Gallo. Certain sound recordings.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Motion picture, including audio, visual and other cinematographic material.

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.
**Name ▼**                                          **Account Number ▼**

Warner Bros. Entertainment Inc.                                DAO13544

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be     **Name/Address/Apt/City/State/ZIP ▼**

Same as space 9.

Be sure to
give your
daytime phone
number.

Fax Number:  (818) 954-3855
Area Code & Telephone Number ▶  (818) 954-2505

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  MHF Zweite Academy Film GmbH & Co. KG
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements
made by me in this application are correct to the best of my

**8**

Typed or printed name and date  ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
CINDY O'NEIL - WARNER BROS. ENTERTAINMENT INC.        date ▶    06/18/2004

Handwritten signature (X) ▼

*Cindy O'Neil*

MAIL
CERTIFI-
CATE TO

Name ▼  Cindy O'Neil
         Warner Bros. Entertainment Inc.

Number/Street/Apartment Number ▼

Certificate
will be
mailed in
window
envelope

4000 Warner Blvd., Bldg. 156 South, Suite 5330

City/State/ZIP ▼

Burbank, California  91522-1565

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has
the authority to adjust fees
at 5-year intervals, based
on changes in the
Consumer Price Index. The
next adjustment is due in
1996. Please contact the
Copyright Office after July
1995 to determine the
actual fee schedule.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

EXHIBIT 2

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE **PA 1−255−628**

EFFECTIVE DATE OF REGISTRATION

Jan. 12. 2005

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
"Laws of Attraction"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

motion picture

---

**2**

**a** **NAME OF AUTHOR ▼**
MHF ZWEITE ACADEMY FILM GMBH & CO. KG

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2003
ONLY if this work Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information
ONLY if this work
has been published.
Month April   Day 30   Year 2004
United States   Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
MHF ZWEITE ACADEMY FILM GMBH & CO. KG
~~Kolosseumstrasse 1~~ LUISE-ULLRICH-STR.8
~~80469 München~~ GERMANY 82031 GRÜNWALD

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 12 2005
ONE DEPOSIT RECEIVED
JAN 12 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | GJ | FORM PA |
|---|---|---|
| CHECKED BY | DBC | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Based on an origianl screenplay which was previously registered.

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All other cinemagraphic materials

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

New Line Cinema Corp.                          DA073849

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

MOBIUS INTERNATIONAL, INC.   ATTENTION: BUSINESS & LEGAL AFFAIRS
5890 WEST JEFFERSON BOULEVARD
LOS ANGELES, CA 90016-3109

**b**

Area code and daytime telephone number    ( 310 )202-9500          Fax number  (          )

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **MHF ZWEITE ACADEMY FILM GMBH**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ERNST AUGUST SCHNEIDER      OLIVER HENGST          Date 12/03/04

Handwritten signature (X) ▼

x  E.I.Sch/ [signature]

| **Certificate will be mailed in window envelope to this address:** | Name ▼ MOBIUS INTERNATIONAL, BUSINESS & LEGAL AFFAIRS | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 5890 WEST JEFFERSON BOULEVARD | |
| | City/State/ZIP ▼ LOS ANGELES, CA  90016-3109 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

EXHIBIT 3

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



## FORM PA
**For a Work of the Performing Arts**
**UNITED STATES COPYRIGHT OFFICE**

**REGISTRATION NUMBER**

PA 1–148–567

PA0001148567

**EFFECTIVE DATE OF REGISTRATION**

8 – 4 – 0 3
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**TITLE OF THIS WORK ▼**
THE IN LAWS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
Motion Picture

---

**NAME OF AUTHOR ▼**
MHF Erste Academy Film GmbH & Co  Produktions KG

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a work made for hire ?**
☒ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶   Germany

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Entire work

**NOTE**
Under the law the author of a 'work made for hire  is generally the employer not the em ployee (see in structions) For any part of th s wo k that was made for hire check Yes n the space pro d d g ve the employe (o other person for whom the work was prepared) as Author of that part  and leave the space for dates of brth and death blank

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a work made for hire ?**
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a work made for hire ?**
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these quest ons is Yes  see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases
2003  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month ▶ May   Day ▶ 23   Year ▶ 2003
USA and Canada   ◀ Nation

**COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2 ▼**
MHF Erste Academy Film GmbH & Co  Produktions KG
Cuvilliestrasse 25
D 81679 Munchen Germany

**TRANSFER  If the claimant(s) named here in space 4 are different from the author(s) named in space 2  give a brief statement of how the claimant(s) obtained ownership of the copyright ▼**

See nstructions before completing this space

**APPLICATION RECEIVED**
AUG 04 2003
**ONE DEPOSIT RECEIVED**
AUG 04 2003  (6)  35mm/L
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5 9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

**DO NOT WRITE HERE**

<table>
<tr><td>EXAMINED BY</td><td>FORM PA</td></tr>
<tr><td>CHECKED BY</td><td></td></tr>
</table>

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is  Yes  why is another registration being sought? (Check appropriate box)

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work  complete only 6b for a compilation

a  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

   Screenplay by Nat Maudlin and Ed Solomon  based on the screenplay  The In Laws  by Andrew Bergman   Certain sound
   recordings and music compositions   Certain soccer film footage

See instructions
before completing
this space

b  **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

   Motion picture  including audio  visual and other cinematographic material

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                                                          **Account Number ▼**

   Warner Bros  Entertainment Inc                                                 DAO13544

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

   Same as space 9

Be sure to
give your
daytime phone
number

Fax number  (818) 954 3855

Area Code & Telephone Number ►  **(818) 954 2505**   ◄

**CERTIFICATION**   I  the undersigned  hereby certify that I am the
Check only one ▼

☐ author

☐ other copyright claimant

☒ owner of exclusive right(s)

☐ authorized agent of   Warner Bros  Entertainment Inc
                         Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date  ▼   If this application gives a date of publication in space 3  do not sign and submit it before that date

   Irene Slade                                                        date ►   07/31/2003

Handwritten  signature (X) ▼   Irene Slade

<table>
<tr><td>MAIL<br>CERTIFI<br>CATE TO</td><td>Name ▼   Irene Slade<br>Warner Bros  Entertainment Inc<br>Number/Street/Apartment Number ▼<br>4000 Warner Blvd  Bldg  156 South  Suite 5330<br>City/State/ZIP ▼<br>Burbank  California  91522 1565</td></tr>
<tr><td>Certificate<br>will be<br>mailed in<br>window<br>envelope</td><td>• Complete all necessary spaces<br>• Sign your application in space 8<br><br>1 Application form<br>2 Nonrefundable $20 filing fee<br>  in check or money order<br>  payable to Register of Copyrights<br>3 Deposit material<br><br>Register of Copyrights<br>Library of Congress<br>Washington D C  20559</td></tr>
</table>

17 U S C § 506(e)   Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in

EXHIBIT 4

Additional Certificate (17 U.S.C. 706)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 1-060-732

**Nov 12, 2002**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
BALLISTIC: ECKS VS. SEVER

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼**   See instructions
Motion Picture

---

**NAME OF AUTHOR ▼**
MHF Erste Academy Film GmbH & Co. Produktions KG

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶    Germany
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases
2002   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 20   Year ▶ 2002
USA and Canada   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
MHF Erste Academy Film GmbH & Co. Produktions KG
8228 Sunset Boulevard, Suite 305
Los Angeles, California 90046

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 12 2002
ONE DEPOSIT RECEIVED
NOV 12 2002
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____      FORM PA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Screenplay entitled "Ecks vs. Sever" by Alan McElroy.  Certain sound recordings and music compositions.

See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Motion picture, including audio, visual and other cinematographic material.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                                     **Account Number ▼**

Warner Bros., a division of Time Warner Entertainment
Company, L.P.                                                   DAO13544

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Same as space 9.

Be sure to give your daytime phone number.

Fax Number:     (818) 954-3855

Area Code & Telephone Number ▶  (818) 954-2505

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☒ owner of exclusive right(s)

☐ authorized agent of   Warner Bros., a division of Time Warner Entertainment Company, L.P.
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Irene Slade - Warner Bros.                                date ▶    11/11/2002

Handwritten signature (X) ▼   _Irene Slade._

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Irene Slade
Warner Bros.

Number/Street/Apartment Number ▼
4000 Warner Blvd., Bldg. 156 South, Suite 5330

City/State/ZIP ▼
Burbank, California  91522-1565

**Certificate
will be
mailed in
window
envelope**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C.  20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price index.  The next adjustment is due in 1996.  Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**9**

*17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 406, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

EXHIBIT 5

Additional Certificate (17 U.S.C. 706)

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-385-606

EFFECTIVE DATE OF REGISTRATION

5    15    07
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

The Wendell Baker Story

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

**NAME OF AUTHOR ▼**

Wendell Productions, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month * 8    Day 3    Year 2005
USA    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

MHF Zweite Academy Film GmbH & Co. KG
Luise-Ullrich-Strasse 8
82031 Grunwald Germany

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Copyright Assignment

APPLICATION RECEIVED
MAY 15 2007
ONE DEPOSIT RECEIVED
MAY 15 2007
TWO DEPOSITS RECEIVED
(G) 35 mm /L
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5–9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\*Amended by C.O. from phone call to Alanna
Guardino of Capitol Films on September 10,
2007.

EXAMINED BY *NLG*

CHECKED BY

X CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

## DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
✓ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Screenplay entitled "The Wendell Baker Story" written by Luke Wilson, registered with the United States Copyright Office
under PAu-2-799-274

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Film version incorporating screenplay

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Mallorie Martinez
10100 Santa Monica Blvd., Suite 1250
Los Angeles, CA 90067

Area code and daytime telephone number  ( 310 ) 286-7200          Fax number  ( 310 ) 286-7210
Email  mmartinez@capitolfilms.us

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  MHF Zweite Academy Film GmbH & Co. KG
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Wolfgang Schamburg                                          Date  5/10/07

Handwritten signature (X) ▼

☞  x  [signature]

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Capitol Films, Attn: Mallorie Martinez
Number/Street/Apt ▼
10100 Santa Monica Blvd., Suite 1250
City/State/Zip ▼
Los Angeles, CA 90067

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV12- 2381 JFW (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>MHF ZWEITE ACADEMY FILM GMBH & CO. KG,<br>MHF ERSTE ACADEMY FILM GMBH & CO. PRODUKTIONS KG, | **DEFENDANTS**<br>WARNER BROS. ENTERTAINMENT INC., WB STUDIO ENTERPRISES INC., WARNER BROS. INC., WARNER BROS. INT'L TELEVISION DISTRIBUTION INC., WARNER BROS. TELEVISION DISTRIBUTION, INC., WARNER HOME VIDEO INC., NEW LINE PRODUCTIONS, INC., NEW LINE CINEMA LLC, NEW LINE DISTRIBUTION, INC., DOES 1-10 |
|---|---|
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Jonathan S. Shenson (Bar No. 184250); Matthew C. Heyn (Bar No. 227474)<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Floor, Los Angeles, California 90067<br>Tel: (310) 407-4000  Fax: (310) 407-9090 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☑ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No      ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 101 et seq.), UNJUST ENRICHMENT, AND BREACH OF CONTRACT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**CV12-02381**

**FOR OFFICE USE ONLY:**  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                      ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                      ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                      ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Germany |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _~Matthew Heyn~_      Date March 20, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |