Lawrence Peitzman (State Bar No. 62379)
*lpeitzman@peitzmanweg.com*
James P. Menton, Jr. (State Bar No. 159032)
*jmenton@peitzmanweg.com*
David B. Shemano (State Bar No. 176020)
*dshemano@peitzmanweg.com*
Lucas A. Messenger (State Bar No. 217645)
*lmessenger@peitzmanweg.com*
PEITZMAN WEG, LLP
2029 Century Park East, Suite 3100
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile:  (310) 552-3101

Counsel for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHF ZWEITE ACADEDMY FILM GMBH & CO. KG, *et al.*,<br><br>            Plaintiffs,<br><br>    vs.<br><br>WARNER BROS. ENTERTAINMENT, INC., *et al.*,<br><br>            Defendants | Case No.: CV12-02381-JFW (JCx)<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER WITH MODIFICATION**<br><br>Judge: Honorable John F. Walter<br><br>Magistrate Judge: Honorable Jacqueline Chooljian |
| WARNER BROS. ENTERTAINMENT INC., *et al.*,<br><br>            Counterclaimants,<br><br>    vs.<br><br>MHF ZWEITE ACADEDMY FILM GMBH & CO. KG, *et al.*,<br><br>            Counterdefendants. | |

1  The Court, having considered the parties' Stipulated Protective Order, and finding
2  good cause therefore, the Court hereby approves and grants the Stipulated Protective
3  Order with the following modification:   Paragraph 5.1(b) is limited to testimony given
4  in deposition and does not govern other pretrial or trial testimony.
5      IT IS SO ORDERED.

7  Dated:  September 25, 2012     /s/
8          Honorable Jacqueline Chooljian
        United States Magistrate Judge

1