BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
JULIA HAYE (SBN 198138)
JHaye@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiffs and Counterdefendants
MHF ZWEITE ACADEMY FILM GMBH & CO.
KG and MHF ERSTE ACADEMY FILM GMBH
& CO. PRODUCKTIONS KG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHF ZWEITE ACADEMY FILM GMBH & CO. KG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>Defendants.<br><br>WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>Counterclaimants,<br><br>v.<br><br>MHF ZWEITE ACADEMY FILM GMBH & CO. KG,<br><br>Counterdefendants. | Case No. CV-12-02381-JFW (JCx)<br><br>*Assigned to: Hon. John F. Walter*<br><br>**JOINT REPORT RE RESULTS OF SETTLEMENT CONFERENCE**<br><br><br><br>Pre-trial conference: July 12, 2013<br><br>Trial date: July 30, 2013<br><br>Action filed on: March 20, 2012 |

53955-00002/1901125.1

JOINT REPORT RE RESULTS OF SETTLEMENT CONFERENCE

Plaintiff MHF Zweite Academy Film GmbH & Co. KG and MHF Erste Academy Film GmbH & Co. Produktions KG (collectively, "Plaintiffs") and Defendants Warner Bros. Entertainment Inc., WB Studio Enterprises Inc., Warner Bros. International Television Distribution Inc., Warner Bros. Television Distribution Inc., Warner Bros. Home Entertainment Inc.(formerly known as Warner Home Video Inc.), New Line Productions, Inc., New Line Cinema LLC, New Line Distribution, Inc. (collectively, "Defendants," and together with Plaintiffs, "Parties") hereby submit this Joint Status Report re: Results of Settlement Conference pursuant to the Court's Order of June 4, 2012.

The Parties participated in private mediation on February 5, 2013, at which they successfully resolved the case pursuant to a written agreement. The parties expect to be able to submit a stipulation to dismiss the case on or before February 19, 2013, based on the terms and conditions set forth in the parties' settlement agreement.

DATED: February 8, 2013  GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s/ Aaron J. Moss
AARON J. MOSS (SBN 190625)
Attorneys for Plaintiffs and
Counterdefendants

DATED: February 8, 2013  PEITZMAN WEG, LLP

By: /s/ James P. Menton
JAMES P. MENTON, JR. (SBN 159032)
Attorneys for Defendants and
Counterclaimants

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

53955-00002/1901125.1                    1                    JOINT REPORT RE RESULTS OF SETTLEMENT CONFERENCE