BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
JULIA HAYE (SBN 198138)
JHaye@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Plaintiffs and Counterdefendants
MHF ZWEITE ACADEMY FILM GMBH & CO.
KG and MHF ERSTE ACADEMY FILM GMBH
& CO. PRODUCKTIONS KG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHF ZWEITE ACADEMY FILM GMBH & CO. KG, et al., | Case No.  CV-12-02381-JFW (JCx) |
| Plaintiffs, | **STIPULATON FOR DISMISSAL** |
| v. | Assigned To:  Hon. John F. Walter |
| WARNER BROS. ENTERTAINMENT INC.,  et al., | |
| Defendants. | |
| WARNER BROS. ENTERTAINMENT INC., et al., | Pre-trial conference:  July 12, 2013 |
| Counterclaimants, | Trial date:  July 30, 2013 |
| v. | Action filed on: March 20, 2012 |
| MHF ZWEITE ACADEMY FILM GMBH & CO. KG, | |
| Counterdefendants. | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

The parties to this action, through their respective counsel of record, hereby stipulate that this action may be and hereby is being dismissed with prejudice. Each party shall bear its own costs and attorneys' fees incurred in this action.

DATED:  February 21, 2013          GREENBERG GLUSKER FIELDS
                                   CLAMAN & MACHTINGER LLP


                                   By: /s/ Julia R. Haye
                                   _____
                                   JULIA R. HAYE (SBN 198138)
                                   Attorneys for Plaintiffs and
                                   Counterdefendants


DATED:  February 21, 2013          PEITZMAN WEG, LLP


                                   By: /s/ James P. Menton
                                   _____
                                   JAMES P. MENTON, JR. (SBN 159032)
                                   Attorneys for Defendants and
                                   Counterclaimants

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590