BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@GreenbergGlusker.com
AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
JULIA HAYE (SBN 198138)
JHaye@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiffs and Counterdefendants
MHF ZWEITE ACADEMY FILM GMBH & CO.
KG and MHF ERSTE ACADEMY FILM GMBH
& CO. PRODUCKTIONS KG

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MHF ZWEITE ACADEMY FILM GMBH & CO. KG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>Defendants. | Case No. CV-12-02381-JFW (JCx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Assigned To: Hon. John F. Walter |
| WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>Counterclaimants,<br><br>v.<br><br>MHF ZWEITE ACADEMY FILM GMBH & CO. KG,<br><br>Counterdefendants. | Pre-trial conference: July 12, 2013<br><br>Trial date: July 30, 2013<br><br>Action filed on: March 20, 2012 |

IT IS HEREBY ORDERED THAT:

1. The entire action is dismissed with prejudice.

2. Each Party shall bear its own costs and attorneys' fees incurred in this action.

Dated: ___February 22, 2013 _____
Honorable John F. Walter
U.S. District Court Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590